UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ANGEL RAMON PAZ,

                                                    Plaintiff

        v.

CLARK COUNTY DETENTION CENTER, et al.,

                                                    Defendants

Case No. 2:26-cv-01071-MMD-MDC

**ORDER**

On March 25, 2026, pro se plaintiff Angel Ramon Paz, an inmate in the custody of the Clark County Detention Center, submitted a complaint under 42 U.S.C. § 1983. (ECF No. 1-1). Plaintiff's application to proceed *in forma pauperis* is incomplete because Plaintiff did not include an inmate trust fund account statement for the previous six-month period with the application. The Court will deny Plaintiff's application without prejudice and give Plaintiff the opportunity to correct this deficiency **by May 15, 2026**.

## I.      DISCUSSION

The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). As of December 1, 2023, the fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. Loc. R. Prac. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1)–(2); Nev. Loc. R. Prac. LSR 1-2. *In forma pauperis*

status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

**II.      CONCLUSION**

It is therefore ordered that the application to proceed *in forma pauperis* (ECF No. 1) is denied without prejudice.

It is further ordered that Plaintiff has **until May 15, 2026**, to either pay the full $405 filing fee or file a fully complete application to proceed *in forma pauperis* with all three of the following required documents:

(i) a completed application with the inmate's two signatures on page 3,

(ii) a completed financial certificate that is signed both by the inmate and the prison or jail official, and

(iii) a copy of the inmate's trust fund account statement for the previous six-month period.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

The Clerk of the Court is directed to send Plaintiff this Court's approved form application to proceed *in forma pauperis* for an inmate with instructions.

DATED: April 10, 2026

_____
UNITED STATES MAGISTRATE JUDGE

- 2 -